Opinion by McClellan, J.

---

# Cottingham v. The State.

APPEAL from Shelby County Court.

Tried before the Hon. D. R. McMillan.

No counsel marked for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for an assault with a weapon. The bill of exceptions purporting to set out all the evidence in the case, and there being no evidence of the offense charged, the general affirmative charge given at the request of the State was erroneous. Reversed and remanded.

Opinion by COLEMAN, J.